# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** October 17, 2022

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sharon Ricci

**TITLE OF CASE:**  **DOCKET NO.:**  22-mc-107-KMW

UNITED STATES OF AMERICA

VS.

JOHN MAKOS

<u>DEFENDANT PRESENT</u>

**APPEARANCES:**

AUSA SARA MERIN and AUSA ARI FONTECCHIO - FOR GOVERNMENT

ROBERT PERRY, ESQ. - FOR DEFENDANT

**NATURE OF PROCEEDINGS:**   Miscellaneous Hearing

Miscellaneous hearing held on the record.
Ordered conditions of release are amended.
Order to be entered.
Plea hearing to be reset for November 18, 2022 at 3:00 p.m.


*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  3:21 p.m.    TIME ADJOURNED:  3:34 p.m.    TOTAL TIME:  13 mins.